## SEGUIN v. STATE.
### No. 18326.

Court of Criminal Appeals of Texas.
May 13, 1936.

E. H. Talbert, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.
Unlawfully carrying a pistol is the offense; penalty assessed at confinement in the county jail for 30 days.

The record is before us without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.